IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WOLF, INC.,

                                                                             ORDER

                     Plaintiff,

                                                                      14-cv-840-bbc

      v.

TEMPO, INC.,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At a status conference held by telephone on May 27, 2015, Michelle Affatati participated on behalf of plaintiff Wolf, Inc.; Amy Williams represented defendant Tempo, Inc. Counsel informed the court that they were still gathering information and had not begun settlement talks.

      Rather than continue the stay that has been in effect since March 13, 2015, I am directing the parties to follow the schedule set out in March by the magistrate judge, dkt. #35, with one adjustment. The parties may have until July 20, 2015, in which to file amendments to the pleadings. The deadlines for the filing of dispositive motions, for settlement letters, etc. remain as set by the magistrate judge.

      I will assume that the parties are not pursuing the motions to dismiss or transfer, dkt. #12, to strike, dkt. #26, and to file a sur-reply brief, dkt. #28, unless they inform me

1

otherwise.

    Entered this 27th day of May, 2015.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge