IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WOLF, INC.,

                      Plaintiff,

      v.

TEMPO, INC.,

                      Defendant.

ORDER

14-cv-840-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this _____9th_____ day of September, 2015.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

1